IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HALE O KAULA CHURCH, | ) | CV. 01-00615SPK-KSC |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| MAUI PLANNING COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Charles H. Hurd, Esq., attorney for Plaintiff, informed to court on December 4, 2006 to destroy all Plaintiff's exhibits. Exhibits have been destroyed.

Submitted by: David H. Hisashima, Courtroom Manager