IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HALE O KAULA CHURCH, | ) | CV. 01-00615SPK-KSC |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| MAUI PLANNING COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Madelyn D'enbeau, Esq., attorney for Defendants, informed to court on December 8, 2006 by email (attached) to destroy all of the defendants' exhibits. Exhibits have been destroyed.

Submitted by: David H. Hisashima, Courtroom Manager

| | | | |
|---|---|---|---|
| **David Hisashima/HID/09/USCOURTS** | | To | "Madelyn DEnbeau" <Madelyn.DEnbeau@co.maui.hi.us> |
| 12/08/2006 08:32 AM | | cc | |
| | | bcc | |
| | | Subject | Re: CV. 01-00615HG-KSC HALE O KAULA CHURCH vs. THE MAUI    PLANNING COMMISSION, et al. |

Madelyn,

Thank you very much for your response!
Your excellent reputation with us remains unblemished.

Aloha, David

"Madelyn DEnbeau" <Madelyn.DEnbeau@co.maui.hi.us>



| | | | |
|---|---|---|---|
| **"Madelyn DEnbeau" <Madelyn.DEnbeau@co.maui.hi.us>** | | To | <David_Hisashima@hid.uscourts.gov> |
| 12/08/2006 08:13 AM | | cc | |
| | | Subject | Re: CV. 01-00615HG-KSC HALE O KAULA CHURCH vs. THE MAUI    PLANNING COMMISSION, et al. |

```
I've checked on the office policy.  We have copies of the exhibits in
storage so it would be fine for you to destroy the ones filed with the
court.  Thanks for your patience in waiting for my response.

NOTICE: The information in this transmittal (including attachments, if
any) is privileged and confidential and is intended only for the
recipient(s) listed above.  Any review, use, disclosure, distribution or
copying of this transmittal is prohibited except by, or on behalf of,
the intended recipient.
If you have received this transmittal in error, please notify me
immediately by reply email and destroy all copies of the transmittal.
Thank you.

>>> <David_Hisashima@hid.uscourts.gov> 12/6/2006 10:40 AM >>>
Ms. D'enbeau,

Just following up on our telephone conversation regarding the exhibits
in
the above-captioned case.  I want to know whether or not you want the
exhibits back or have them destroyed.  If you want them back, we will
keep
them for you to pick up on your next business trip to Honolulu.  We
have
already destroyed Plaintiff's exhibits at the direction of Mr. Hurd.
Please respond.
Thank you.
```